**In the Matter of HARUYE SUZUKI on Habeas Corpus.**

**Walter E. CARR, Director of Immigration, v. HARUYE SUZUKI.**

No. 6119.

Circuit Court of Appeals, Ninth Circuit.

Jan. 5, 1931.

Samuel W. McNabb, U. S. Atty., and William R. Gallagher, Asst. U. S. Atty., both of Los Angeles, Cal. (Harry B. Blee, U. S. Immigration Service, of Los Angeles, Cal., on the brief), for appellant.

J. Edward Keating and Theodore E. Bowen, both of Los Angeles, Cal., for appellee.

Before RUDKIN and WILBUR, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

The pertinent facts of this case are stated in the opinion of Judge James, reported in 36 F.(2d) 424.

The law applicable to the facts was correctly applied by the court below as construed by this court in Shizuko Kumanomido v. Nagle, 40 F.(2d) 42.

Offer affirmed.